Anna Hojnacki, appellee, v. Samuel E. Moist, appellant.   Gen. No. 27,992.

Action in trespass for personal injuries caused by assault and battery, alleged to have been committed by defendant's servant in repossessing a piano had by plaintiff on the instalment plan. Defense pleaded right to enter and remove under written contract, also that employees concerned were servants of an independent contractor. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of facts. Opinion filed February 13, 1923. Rehearing denied February 28, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Wyman, Kinne & Carpenter, for appellant. John Hugh Lally, for appellee; Albert B. Holecek, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Nett W. Robbins, appellee, v. American Posting Service and Thomas Cusack Company, appellants.   Gen. No. 28,036.

Forcible detainer action, defended on ground that notice to vacate was not served at proper time. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed February 13, 1923.

John S. Hummer, for appellants; Orville W. Lee and Cecil A. Brown, of counsel. Benson, Fitch & Heinemann, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

In the matter of the estate of Samuel L. Winternitz, deceased.

Chicago Digger and Manufacturing Company, claimant and appellant, v. Estate of Samuel L. Winternitz, deceased, appellee.   Gen. No. 28,054.

Action in probate court against estate of a deceased for alleged infringement of a patent. Action dismissed for want of jurisdiction. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed February 13, 1923.

George McMahon, for appellant. Eastman, White & Hawxhurst, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Atlas Electrotype Company, appellant, v. W. F. Hall Printing Company, appellee.   Gen. No. 28,064.

Assumpsit for alleged overcharges for electric power had by plaintiff under terms of lease whereby defendant agreed to supply such power at price said defendant paid for it. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed February 13, 1923.

Landon & Holt, for appellant; John B. Fruchtl and Perry B. Brelin, of counsel. Gann, Secord & Stead, for appellee; Loy N. McIntosh and Vernon M. Welsh, of counsel.

Mr. Justice Gridley delivered the opinion of the court.